IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-022 |
| | ) | |
| v. | ) | INFORMATION |
| | ) | |
| DARCI LEA REGGIO, | ) | T. 18 U.S.C § 1343 |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

## Introduction

At times material to this Information:

1.     The defendant, DARCI LEA REGGIO, was a resident of Dallas Center, Iowa, in the Southern District of Iowa.

2.     Brenton Brothers, Inc., was a cattle feedlot operator located in Dallas Center, Iowa, in the Southern District of Iowa.

3.     From in or around August 2020 to May 2025, REGGIO was employed as the part-time office manager for Brenton Brothers.

4.     In her capacity as Brenton Brothers' office manager, REGGIO had access to Brenton Brothers' accounting systems and bank accounts, including the ability to write checks on Brenton Brothers' bank account and initiate transfers of funds from that account.

## The Scheme and Artifice to Defraud

5.     Beginning in or around August 2020, and continuing until in or around May 2025, in the Southern District of Iowa, REGGIO voluntarily and intentionally

1

devised and participated in a scheme and artifice to defraud Brenton Brothers, and to obtain money from Brenton Brothers by means of materially false and fraudulent pretenses, representations, and promises, and by the intentional concealment of material facts.

6.    It was part of the scheme that REGGIO voluntarily and intentionally used her access to Brenton Brothers' bank accounts to make numerous unauthorized ACH transfers of funds from Brenton Brothers' bank account into REGGIO's own various financial accounts for REGGIO's own use.

7.    It was part of the scheme that REGGIO knowingly and intentionally used her access to Brenton Brothers' bank accounts to issue unauthorized checks to herself from Brenton Brothers' bank account and deposited those checks into REGGIO's own various financial accounts for REGGIO's own use.

8.    It was part of the scheme that REGGIO voluntarily and intentionally concealed from Brenton Brothers that REGGIO was making unauthorized payments to herself via checks and ACH transfers using Brenton Brothers funds. REGGIO voluntarily and intentionally concealed those facts using her access to Brenton Brothers' accounting system to disguise the unauthorized payments as seemingly legitimate expenses of Brenton Brothers, such as payments to Brenton Brothers' insurer, cell phone provider, feed supplier, and retirement program administrator.

9.    In furtherance of the scheme, REGGIO used and caused the use of interstate electronic wire transfers.

## Count 1
### (Wire Fraud)

10.   Paragraphs 1-9 of this Information are re-alleged and incorporated herein.

11.   On or about January 21, 2025, in the Southern District of Iowa and elsewhere, the defendant, DARCI LEA REGGIO, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money by means of false and fraudulent pretenses and representations, did knowingly cause monies to be delivered by means of interstate wire, to wit: REGGIO made an unauthorized ACH transfer of $12,197.54 from Brenton Brothers' Raccoon Valley Bank account ending in 2220 to REGGIO's JP Morgan Chase account ending in 0367. REGGIO voluntarily and intentionally concealed this unauthorized ACH transfer from Brenton Brothers by falsely recording the transfer in Brenton Brothers' accounting system as a payment to Brenton Brothers' electrical contractor. REGGIO used interstate wires in that the unauthorized ACH transfer was routed via interstate wire through the Federal Reserve Bank in Chicago, Illinois, before being wired to REGGIO's JP Morgan Chase bank account in the Southern District of Iowa.

This is a violation of Title 18, United States Code, Section 1343.

David C. Waterman
United States Attorney

By:   */s/ Joseph Lubben*

Joseph H. Lubben
Assistant United States Attorney